# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 10, 2023

## NO. 03-21-00556-CV

**Nathanael Brown, Appellant**

**v.**

**Jessica Freed and Samuel Freed, Appellees**

## APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
## BEFORE JUSTICES BAKER, THEOFANIS, AND JONES
## AFFIRMED IN PART; DISMISSED IN PART -- OPINION BY JUSTICE JONES

This is an appeal from the judgment signed by the trial court on August 30, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the portion of the trial court's judgment denying the "Amended Motion for Joinder of Persons Needed for Just Adjudication and New Trial" filed by Nathanael Brown. Therefore, the Court affirms that portion of the judgment. The Court further holds that it lacks jurisdiction over Brown's attempted appeal of the portion of the trial court's judgment resolving the merits of the Freeds' suit against the Greenbergs. Therefore, the Court dismisses that portion of the appeal for want of jurisdiction. Brown shall pay all costs relating to this appeal, both in this Court and in the court below.